*need Help in Filling* (CA)
*Jimmy Carpenter*

**FILED**
JUL 30 2018
DAVID CREWS, CLERK
BY _____ Deputy

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Jimmy Dean Carpenter
**Plaintiff**

v.   CASE NO. 1:18CV146-NBB-RP

Itawamba Co. Jail +
Sheriff Dept.
Staff,
**Defendant**

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Jimmy Dean Carpenter
   B. Name under which sentenced: Jimmy Dean Carpenter
   C. Inmate identification number: _____
   D. Plaintiff's mailing address: 201 South Cummings Street, Fulton MS. 38843
   E. Place of confinement: Itawamba Co. Jail

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Itawamba Co. Jail
   Title: Itawamba Co. Sheriff Dept.
   Defendant's mailing address: 201 South Cummings St, Fulton MS. 38843

   (Doctor Arriola)
   (Tyler Gordon, Steven Gray, Larry Johnson) that Beat me on 8-27-2015

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)       PAGE 2

Name: Vicky Russell

Title (Superintendent, Sheriff, etc.): Jail Administrator

Defendant's mailing address (street or post office. box number, city, state, ZIP) 201 South Cummings St. Fulton MS. 38843

Name: Dewight Hill

Title (Superintendent, Sheriff, etc.): Jailor

Defendant's mailing address (street or post office box number, city, state, ZIP) 201 South Cummings St. Fulton MS. 38843

Name: Chris Dickerson

Title (Superintendent, Sheriff, etc.): Sheriff

Defendant's mailing address (street or post office box number, city, state, ZIP) 201 South Cummings St. Fulton MS. 38843

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   B. Court: _____ C. Docket No.: _____

   D. Judge's Name: _____ E. Date suit filed: _____

   F. Date decided: _____ G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☐ Yes ☑ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☐ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   I was refused said that the staff would kill me this events will jar on going repeady sent in 9-10-2017. I have been doing this for **three years** reported.

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

   Denied medical, Denied mental health, denied potable Beatin by officers 8-27-15 scars life scars on my body Deputy Tyler Gordon, Larry Johnson & Steven Gray Crime Scene Itawamba Co.) Beat handcuffed held to ground At Gun point Tazer repeatedly without Risit, arrest) Denied medical staff Jailers Greg Wileman, Jail administrator Vicky Russell Life threated By Sheriff Chris Dickenson 1-20-16 Jailer wileman wittness David Brerdges, marko Kelly Jeff Wileman wittness again 7-

   Arrest Date 8-27-15 officer Tyler Gordon, Larry Johnson Steven Gray Beat me, never even took me took me to doctor.

   1-20-16 Sheriff Chris Dickensons Told me he would Kill me if I wrote another civil Lawyer, Jailer Greg wileman heard it wittness David Austin Brerdge's, Denarko Kelly, Jeff wileman

NO MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)          PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☐ Yes    ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☐ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I ask Jail Administrator For legal Library And legal Assistance, ask for phone call, threaten by Sheriff he would kill me if I wrote civil lawyers 1-20-2016 Sgt. Jailer Greg Wileman told me he was the legal Assistance for the Itawamba Jail and I had 2 years to File A Law Suit. Deny medical At this Jail, 8-27-15 - until 12-10-2015 For High Blood Preasure 200/80. Dr. Arriola Refused me After he noted 200/80. A few later to import hospital, 200/80 Records Are Here, Permanent Damage, Says there now Doctor In Fulton Dr. Ian Evans Denied liver Desease meds From 8-27-2015 until now 9-10-2017

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

For Civil lawyer, And legal advice And legal Assistance Administrator here At Jail has thrown my mail away Refused me the phone For 24 months threatened my life, Refused legal help, Search me upon Arrest I was turned down on ever thing I have done or Requested

Reported liver Desease problem to Jailers Amy Lewis, Josh Hitt Jerry Wiggington, Dewight Hal.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 5

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I want to Be Compensated For damages I live with Daily, need to get to Doctor to be checked out X-RAyed, mental Damages physical Damages.

This Complaint was executed at (location): _____

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: _____                    _____
                                                 Plaintiff's Signature

7-3-2018

Reported Liver Desease to these Jailer From 8-27-15 untill 7-3-18. and Refused - Jailers who new, Jerry Wiggington, Dewight Hill Josh Hitt, Amy Lewis, Josh Sanders, Devon McDonald, Kayla Powell Lonnie Barnett, Thomas Patterson, Shawn Gunn, Jim Kimble, Greg Wileman Scott Diaz, Lori Wilson, Cristina Cassatt, Daniel Holmes, James Edwards Dakota Raliegh, all these And more And Refused

Jailer Dewight Hill on 22 Dec. 2016 Called Zac Hubbard out of his cell told Him He would clear his Fines he owed if he would would make A statement on I Jimmy Carponter saying I said I was gone kill some one

Sheriff Chris Dickenson told me he would Kill me if I wrote Civil Lawyers out of this Jail on 1-20-16 stole my letter to Attorney Jim Wiode, He never Recieved my mail, Jailer Scott Diaz saw me seal it up And mail it. (And agian on

After Bringing me to Jail 8-27-15 never took me to medical at all. After Beating By Tyler Gordon, Steven Gray, Larry Johnson, now I have suffered Damage, on Arm And leg, need to Be seen By Doctor, I'm Refused By staff and Jail Adm. Vicky Russell,

9-10-2016
Vicky Russell Jail adm. on Sept. 2016 locked in A cell one of Holding Vicky sprayed me in Face with peper spray For No Reason, witness, Jailers Jerry Wiggington, Dewight Hill)(inmate Thomas Keene, Jailer Scott Diaz and Cole Carter Took 4 photo's of my Face with camera My Face Steyed swole 14 Days I Ask to go to Docter, and was Refused, The next day my Criminal Lawyer showed up and saw my Face, Att. Chris Bauer 9 south main St, Pontotoc MS, 38863  662-586-2067 witness

2016
Jailer Dewight Hill told Kathy + Donnie Courtney 476 Rd, 1557 Mooreville ms. 662-401-0057 that he was gone get me to kill there son Colby Courtney scared these people to death) in Jail.
I have others as well.

Jailer Dewight Hill on July of 2017 Threw Jail Keys on Floor in hold, lost keys to whole Jail I Jimmy Carpenter got the keys Away From Jerome Stewart in cell 5. he had threaten my life for a week and has the Keys to this Jail Hill I got them from him I took them out front turned them in, to Jailer,s Jerry Wiggington, Hill or witness's, And Chris Weldon.

8-27-15 untill 12-9-15 Begged for my B/p meds, sent several sick calls in in. they held me, Refused me would not even check B/p for 100 days took me on 12-9-15 to DR. ARRiola of Fulton on 12-9-15 check B/p 300/180 sent me Back to Jail no meds. no nothing Fell out 12-10-15 Jailer Josh Hitt Found me sent me to Amory Hospital check B/p. 300/180 took All day + night to get it half way down. I now have perminete Damage of Head Ringing, Sleeping Diserders medical Records Amory Hospital) DR. ARRiola) DR. Jim Evans all have Records

I want suits filed on Jail.   7-5-2018
For Refusal of Legal Help
Slander
Refused medical for 3 years
This county
Jailers
Sheriff.
Deputies who arrested me beat me
For Damages I live with
I Live In Fear of my life
And Dr. Arriola

I would have filed early but have no outside help Refused phone and mail here for almost three years.

United States District Court
Northern District of Mississippi
Office of Clerk
301 West Commerce St. #13
Aberdeen MS. 39730

**Never Reported Beating**

This is some more of my complaints. On arrest date I was beaten Taser 3 times held to ground at gun point handcuffed by three cops on 8-27-15 Let K9 Dog bite me all over have 50 photo's color 8x10 at my criminal office lawyer. Chris Bauer 9 South Main St. Pontotoc MS. 38863 662-586-2067 and was never taken to a Doctor for 4 months later threatened to be killed if I told about it and or wrote any civil lawyers Healed up in a cell Blood ran out my head. Arms and legs for months as I begged to see a doctor.

Now I have permanent damages Right leg num from ankle up where Dog bit me refused medical. And Left arm num and fingers from Taser where they lied and said Dog bit me on arm.

They never mention in Report of beating But Jailer took 50 photos of Beating

Larry Johnson & Tyler Gordon & Steven Gray was the actual deputies who beat me as others looked on. My case is ongoing.

Denied all legal access and legal assistance and library.

The main thing never taken to doctor at all. Jailers Josh Hitt Greg... Wilmon Charlie Petit. And Scott Diaz work the night I was brought to this Jail in Itawamba Co.

Also from 8-27-15 until 12-9-15 I also begged for my blood pressure meds they knew what they were they had a chart of my meds. But on the 12-9-15 I was taken to DR. Arriola of Fulton MS. For my blood pressure where he checked and recorded it at 200/80 sent me back to jail with no meds. No help just to die. And on the 12-10-15 next day Jailer Josh Hitt saw and found me down in my cell. Called for help sent me to Amory Mississippi Hospital where DR. there recorded at 200/80 again where the damages are permanent for life. Because the jail did refuse me held from 8-27-15 until 12-9-15 and on 12-9-15 DR. Arriola refused me help after recording it at 200/80 turned me away then he quit jail after later one month I confronted him about it.

month later I was sent to DR. Tim Evans in Fulton where he told me my damages were permanent for life left it to high too long Ringing in my head will never stop and head aches will never stop He told.

Now in stead of 1 pill a day for high blood pressure I have to take 4 and a heart pill to function I take Clonidine/ metoprolol/ Hydrochlorothiazide/ HCTZ / Amlodine / Krill / metformin Simvastin co10 Now after a 1½ years later they give me Diclofenac for pain on leg.

Witness on all this Jailers Jerry Wiggington. Scott Diaz. Charlie Petite Greg Wilemon. Brian Estas. Josh Hitt. Amy Lewis. Thomas Patterson Cristina Cassata- Josh Sanders Devan McDonald

Shawn Burns Tim Kimble Larry Bailey Travis Crouch Brent Bubba Watson Cole Carter. Jeannie Perry Dakato Raliegh Lonnie Barnett. Katie Powell for three years I have been denied Livor treatment And told ever jailer here from 8-27-15 untill 10-10-16 over year they finaly got Dr. Tom Evans to give me a krill pill to cover up dieing of A-Liver desease for years I have told them put 100 of sick calls in got records of them to And witness on that inmate Demarko Kelly put 20 sick calls in for me from 8-27-15 till 12-9-15 And so did I. witness David Bridges Jeff Wileman Thomas Keene And more

Was refused a preacher to see me for two years that comes here every other week Name Al Harris
Vicky Russell came to my cell Sept. 9-8 Oct 2016 by myself she sprayed me in face with spray Pepper Spray for no reason at all And all the hide come off my face for 14 days Refused medical. Jailers Scott Diaz And Cole Carter took four photo's of my face with camera as Jerry Wiggington And jailers Dewight Hill stood on And watched And laughted the next day Vicky Russell Jail Administrator told my lawner Chris Baver she don't no why she done it except she thought I was gone hurt myself camera pointing in my cell 24-7 A lie.
other witness inmates Aaron Pitts. Thomas Keene
Vicky Russell tears my legal mail open without me present all time as we speak the letter you just mail me 19 July 2018 United State District Court of Mississippi 301. W. commerce St #13 Aberdeen MS. 39730 Just come to me torn open. I confronted Jailers Jerry Wiggington And Dewight it was open. I have mail logs of out going mail for years that has never made it. With jailers names who took the letters out. Two Jailer in 2016 told me they saw Vicky Russell throw my mail And others mail away Amy Lewis And Amanda Hamm. Jailers who worked here as well I do. have there names legal mail also.
They have threatened to kill me if I talk are write civil lawers for help witness authority figures Sheriff on 1-20-16 Jailer Greg Wilemon heard it Sheriff said it Demarko Kelly Jeff Wileman David Austin Bridges heard it
Yuv have already got lots of this And I have much more for you they may open And trash.
I need test Ran on Livor other health problems that couse my legs to stay swole up all time
Need foot And arm X-rayed for help. This jail. Staff Dr. AAriola of Fulton. Are responeable And Jail Admuastrator Vicky Russell Greg Wilemon. Chris Dickonson all gr in on it. Most of Jailers Are not gone Lie.
Check medical Records At Amory Hospital 12-10-15 / Doctor AAriola Records of Fulton Dr. Tim Evans records. I've never did a compliant before I may mess up. Not much education no help live in fear every day And if it matter I'm a innocent man of all charges here Crimanly.
My lawner will release photo's of beating.
I have three 3 worth of notes And records put up out there.
Thank you for your time. Jimmy Carpenter

On a Living Will and testiment ms. Sharon Johnson was murdered left me Jimmy Carpenter the land house and every thing on the property and all in the house 1260 Mt. Gilead Rd Golden MS. I have not in 35 months sence 8-27-15 have not had no court Date or been to court. But Att. Lori Nail Basham sued me for the house for a girl named Elizabeth Taylor stated two one half years ago I murderd ms. Sharon Johnson I should not inherit the house Because I murdered her the summons stated slanderd my name lied. I have wrote her twice she wont send me a copy of it I think she turned it over to another lawyer in Tupelo. I also want that filed. And the Sheriff of Itawamba County Chris Dickenson told the Lady Elizabeth Taylor she could have every thing in the house, clean it out so the day or two after Lizabeth Taylor and Brother Thomas Harmon took every thing out of house that is not right He cant do that. But he did my Criminal Lawyer Chris Bauer 9 South main St. Pontotoc ms. 38863 told me he did it on 7-17-18  662-586-2067  But I all ready new it. He just witnessed that and told it. There is no proof of no crime of me at all. Just here say and plain lies. And put that crap on W.T.V.A in 8-27-15 I can prove what I say on Reports they all lied Photo's will prove that two. Never Risit No Arrest Never Ran I do have 10 photo's left of the beating I don't want to lose them my lawyer has the whole set of it and 100 of the house inside and all furniture.

Crimanal Lawyer Chris Bauer 9. South main Street Pontotoc ms. 662-586-2067 I have Reported all this to him for three years death threats and all he said he can't help me on it every one just looks the other way.

The only money I have had I bring to Jail with me in 8-27-15 last store call I went to store here last in 3-13-2018 for $10.01 Here is my last Balance. Vicky Russell Jail Administrator Itawamba Co. 662-862-7200. Please let me no about the Photo's
<u>Envelope stamped Enclosed</u>











Jimmy Carpenter
201 S. Cummings St
Fulton MS 38843

MEMPHIS TN 380
05 JUL 2018 PM 3 L

RECEIVED
JUL 9 - 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United States District Court
Northern District of Mississippi
301 W. Commerce St. #13
Aberdeen MS, 39730

39730-999899

legal mail
C.C.



Jimmy Carpenter
201 South Cummings
Fulton, MS, 38843

RECEIVED
JUL 3 0 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United State District Court
Northern District of Mississippi
301 W. Commerce St. #13
Aberdeen, MS, 39730