IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JIMMY DEAN CARPENTER                                                            PLAINTIFF

v.                                                                            No. 1:18CV146-RP

ITAWAMBA CO. JAIL
ITAWAMBA CO. SHERIFF DEPT.
VICKY RUSSELL (JAIL ADMINISTRATOR)
DWIGHT HILL (JAILER)
SHERIFF CHRIS DICKERSON
DR. ARRIOLA
TYLER GORDON
STEVEN GRAY
LARRY JOHNSON
                                                                              DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) Defendants *Itawamba County Jail* and the *Itawamba County Sheriff's Department* are **DISMISSED** with prejudice from this suit;

(2) The plaintiff's claims against the remaining defendants – *Jail Administrator Vicky Russell*, *Jailer Dwight Hill*, *Sheriff Chris Dickerson*, *Dr. Arriola*, *Tyler Gordon*, *Steven Gray*, and *Larry Johnson* – will **PROCEED**;

(3) The plaintiff's allegations regarding the *free exercise of religion* are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted; and

(4) His claims for *excessive force*, *denial of medical care*, *mail tampering*, *denial of access to the courts*, and *retaliation* will **PROCEED**.

**SO ORDERED**, this, the 16th day of November, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE