IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JIMMY DEAN CARPENTER**                                          **PLAINTIFF**

**v.**                                                                   **No. 1:18CV146-RP**

**ITAWAMBA CO. JAIL, ET AL.**                                      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the defendants' motions [80], [82] for summary judgment are **GRANTED**, and judgment is entered for the defendants in all respects. This case is **CLOSED**.

**SO ORDERED**, this, the 11th day of April, 2022.

                                                          /s/ Roy Percy
                                                          UNITED STATES MAGISTRATE JUDGE